MARIAN MISIURKA *v.* MAPLE HILL FARMS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 15 Conn. App. 381, is denied.

*Zbigniew S. Rozbicki,* in support of the petition.

Decided October 4, 1988

MICHAEL IERARDI *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 15 Conn. App. 569, is denied.

*Jean M. Stawicki,* in support of the petition.

*Diana Garfield* and *Thomas J. Ring,* assistant attorney general, in opposition.

Decided October 4, 1988

CHARLES McGOWAN *v.* GENERAL DYNAMICS COR-PORATION/ELECTRIC BOAT DIVISION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 15 Conn. App. 615, is granted, limited to the following issue:

"Did the Appellate Court correctly conclude, in the circumstances of this case, that disability benefits paid under LHWCA should be credited against the plaintiff's Connecticut disability benefits?"

*Stephen C. Embry,* in support of the petition.

Decided October 4, 1988

PHYLLIS McGLOIN ET AL. *v.* TOWN OF SOUTHINGTON

The plaintiffs' petition for certification for appeal from the Appellate Court, 15 Conn. App. 668, is denied.

*Herbert Watstein,* in support of the petition.

Decided October 4, 1988